ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 3062
Email: Robert.Freeman@lewisbrisbois.com
PAMELA L. McGAHA, ESQ.
Nevada Bar No. 8181
Email: Pamela.McGaha@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant*
*GEICO CASUALTY COMPANY*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| THOMAS MCMANUS,<br><br>  Plaintiff,<br>  vs.<br><br>GEICO CASULATY COMPANY, a Maryland Corporation; DOES I-X ROE CORPORATIONS I-X, inclusive,<br><br>  Defendants. | CASE NO. 2:14-cv-0289-RCJ-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED and AGREED, by and among Plaintiff THOMAS MCMANUS in proper person, and Defendant GEICO CASUALTY COMPANY, by and through its counsel of record, that:

Plaintiff's Second Cause of Action (Breach of the Implied Covenant of Good Faith and Fair Dealing), Plaintiff's Third Cause of Action (Violation of Nevada Insurance Trade Practices), Plaintiff's Fourth of Cause of Action (Refusal To Pay Insurance Benefits), and Plaintiff's Fifth Claim for Relief (Punitive Damages) were previously dismissed with prejudice;

Now, all of the remaining claims and causes of action against Defendant GEICO

. . .

. . .

. . .

CASUALTY COMPANY in the above-entitled action shall be dismissed, with prejudice, each party to bear their own attorneys fees and costs.

DATED this 12th day of April, 2017.               DATED this 1 day of May, 2017.

THOMAS MCMANUS, in proper person              LEWIS BRISBOIS BISGAARD & SMITH LLP

By: *Thomas J. McManus*                                    By: *[signature]*
Thomas McManus                                                Robert W. Freeman, Esq.
15161 Riverloop Drive East                                    Nevada Bar No. 03062
Bend, Oregon 97707                                            Pamela L McGaha, Esq.
Plaintiff in proper person                                    Nevada Bar No. 08181
                                                              6385 S. Rainbow Boulevard, Suite 600
                                                              Las Vegas, Nevada 89118
                                                              *Attorneys for Defendant*

## ORDER

IT IS SO ORDERED.

DATED this 9th day of May, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE